IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-92-451-CR




EX PARTE: LAWRENCE M. MILLER,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT



NO. 924320, HONORABLE JON N. WISSER, JUDGE PRESIDING


 




PER CURIAM


 This is an appeal from an order of the trial court denying habeas corpus relief. 
Tex. R. App. Proc. 44. 

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


[Before Justices Powers, Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: October 28, 1992

[Do Not Publish]